**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MARIA MALDONADO, | : | |
| | | Case No. 3:12-cv-205 |
| Plaintiff, | : | |
| | | |
| -vs- | : | Judge Walter H. Rice |
| | | Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

**ORDER STRIKING DEFENDANT'S MEMORANDUM IN OPPOSITION (Doc. 10) AS NONCOMPLIANT WITH THE COURT'S SIXTH AMENDED MAGISTRATE JUDGES' GENERAL ORDER NO. 11**

*Sua sponte*, the Court hereby **STRIKES** Defendant's Memorandum in Opposition (doc. 10), filed on January 28, 2013, due to its noncompliance with the Court's Sixth Amended Magistrate Judges' General Order No. 11.

Specifically, Defendant failed to comply with Paragraph 2 of General Order No. 11, which requires all parties, in their briefs, to cite to the electronic page (*i.e.*, to the PageID No. \_\_) of an electronically-filed administrative record.

Defendant is **ORDERED** to submit a Memorandum that complies with all provisions of the Sixth Amended Magistrate Judges' General Order No. 11 **no later than February 1, 2013**. Thereafter, Plaintiff's time in which to respond will be calculated from the date of Defendant's compliant Memorandum, and within the time permitted by the Sixth Amended Magistrate Judges' General Order No. 11.

**IT IS SO ORDERED.**

January 28, 2013                              s/**Michael J. Newman**
                                                          United States Magistrate Judge